UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: FODALE, CHRISTINE LYNN § Case No. 8:18-bk-00155-RCT
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Stephen L. Meininger, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $40,007.00　　　　　　　　Assets Exempt: $27,012.19
*(without deducting any secured claims)*

Total Distribution to Claimants: $63,596.52　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $113,953,284.24

Total Expenses of Administration: $92,217.48

---

3) Total gross receipts of $ 155,814.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $155,814.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 92,217.48 | 92,217.48 | 92,217.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 60,600.21 | 231,434.75 | 231,434.75 | 63,596.52 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 107,161,853.47 | 28,806,397.65 | 28,806,397.65 | 0.00 |
| **TOTAL DISBURSEMENTS** | $107,222,453.68 | $29,130,049.88 | $29,130,049.88 | $155,814.00 |

    4) This case was originally filed under Chapter 7 on January 10, 2018. The case was pending for 53 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2022            By: /s/Stephen L. Meininger
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2015 TAX REFUND | 1224-000 | 132,264.00 |
| ADV. PRO. 19-621 V. SHREVEPORT COMMUNITY CHURCH | 1249-000 | 12,500.00 |
| ADV. PRO. 20-6 AGAINST CRAIG & SAMUEL FODALE | 1241-000 | 11,050.00 |
| **TOTAL GROSS RECEIPTS** | | **$155,814.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Texas Comptroller of Public Accounts | 4800-000 | N/A | | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Stephen L. Meininger | 2100-000 | N/A | 11,040.70 | 11,040.70 | 11,040.70 |
| Trustee Expenses - Stephen L. Meininger | 2200-000 | N/A | 69.25 | 69.25 | 69.25 |
| Clerk of the Court Costs - Clerk, U.S. Bankruptcy Court | 2700-000 | N/A | 700.00 | 700.00 | 700.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Allan C. Watkins, Esq. | 3210-000 | N/A | 77,671.50 | 77,671.50 | 77,671.50 |
| Other - Allan C. Watkins, Esq. | 3220-000 | N/A | 749.96 | 749.96 | 749.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 17.97 | 17.97 | 17.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.61 | 20.61 | 20.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.25 | 19.25 | 19.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 21.21 | 21.21 | 21.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.98 | 33.98 | 33.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.20 | 36.20 | 36.20 |
| Other - Mechanics Bank | 2600-000 | N/A | 41.14 | 41.14 | 41.14 |
| Other - Mechanics Bank | 2600-000 | N/A | 36.18 | 36.18 | 36.18 |
| Other - Mechanics Bank | 2600-000 | N/A | 34.88 | 34.88 | 34.88 |
| Other - TriState Capital Bank | 2600-000 | N/A | 41.05 | 41.05 | 41.05 |
| Other - TriState Capital Bank | 2600-000 | N/A | 37.25 | 37.25 | 37.25 |
| Other - TriState Capital Bank | 2600-000 | N/A | 34.72 | 34.72 | 34.72 |
| Other - TriState Capital Bank | 2600-000 | N/A | 40.85 | 40.85 | 40.85 |
| Other - TriState Capital Bank | 2600-000 | N/A | 58.27 | 58.27 | 58.27 |
| Other - TriState Capital Bank | 2600-000 | N/A | 265.56 | 265.56 | 265.56 |
| Other - TriState Capital Bank | 2600-000 | N/A | 248.54 | 248.54 | 248.54 |
| Other - TriState Capital Bank | 2600-000 | N/A | 239.87 | 239.87 | 239.87 |
| Other - TriState Capital Bank | 2600-000 | N/A | 264.27 | 264.27 | 264.27 |
| Other - TriState Capital Bank | 2600-000 | N/A | 255.58 | 255.58 | 255.58 |
| Other - TriState Capital Bank | 2600-000 | N/A | 238.69 | 238.69 | 238.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$92,217.48** | **$92,217.48** | **$92,217.48** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Texas Comptroller of Public Accounts | 5800-000 | N/A | 75,081.96 | 75,081.96 | 20,631.96 |
| 11 -2 | The Ohio Department of Taxation | 5800-000 | N/A | 156,352.79 | 156,352.79 | 42,964.56 |
| NOTFILED | Assistant Attorney General | 5800-000 | 60,600.21 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $60,600.21 | $231,434.75 | $231,434.75 | $63,596.52 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Gibsland Bank & Trust | 7100-000 | N/A | 1,226,340.96 | 1,226,340.96 | 0.00 |
| 2 | MHC Financial Services, Inc. | 7100-000 | N/A | 172,673.00 | 172,673.00 | 0.00 |
| 3 | Santander Bank, NA | 7100-000 | N/A | 872,965.72 | 872,965.72 | 0.00 |
| 5 | First Guaranty Bank | 7100-000 | N/A | 599,371.15 | 599,371.15 | 0.00 |
| 6 | AMERICAN EXPRESS NATIONAL BANK | 7100-000 | N/A | 174,841.33 | 174,841.33 | 0.00 |
| 7 -2 | JCF Equipment Finance I LLC | 7100-000 | 21,837,656.88 | 22,598,648.07 | 22,598,648.07 | 0.00 |
| 8 | Sterling National Bank | 7100-000 | N/A | 1,569,095.00 | 1,569,095.00 | 0.00 |
| 9 | Mack Financial Services | 7100-000 | N/A | 530,498.87 | 530,498.87 | 0.00 |
| 10 | Continental Bank | 7100-000 | N/A | 795,890.96 | 795,890.96 | 0.00 |
| 12 | Highway Comm. Services, Inc. | 7100-000 | 177,310.00 | 177,310.00 | 177,310.00 | 0.00 |
| 13 | Texas Workforce Commission | 7200-000 | N/A | 2,239.18 | 2,239.18 | 0.00 |
| 11-2SUB | The Ohio Department of Taxation | 7400-000 | N/A | 86,523.41 | 86,523.41 | 0.00 |
| NOTFILED | Mollitiam Credit Opp-JCF II | 7100-000 | 1,510,758.42 | N/A | N/A | 0.00 |
| NOTFILED | Sterling National Bank | 7100-000 | 509,782.00 | N/A | N/A | 0.00 |
| NOTFILED | Continental Bank | 7100-000 | 953,144.71 | N/A | N/A | 0.00 |
| NOTFILED | First Guaranty Bank | 7100-000 | 23,384.06 | N/A | N/A | 0.00 |
| NOTFILED | Mollitiam Credit Opp-JCF 1 | 7100-000 | 6,966,416.75 | N/A | N/A | 0.00 |
| NOTFILED | MHC Financial Serv., Inc. | 7100-000 | 172,673.00 | N/A | N/A | 0.00 |
| NOTFILED | Gibsland Bank & Trust Co. | 7100-000 | 1,503,051.15 | N/A | N/A | 0.00 |
| NOTFILED | John Clifton Conine, Trustee | 7100-000 | 73,130,271.03 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Mack Financial Services | 7100-000 | 377,405.47 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $107,161,853.47 | $28,806,397.65 | $28,806,397.65 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:18-bk-00155-RCT  
**Case Name:** FODALE, CHRISTINE LYNN

**Period Ending:** 06/08/22

**Trustee:** (290380) Stephen L. Meininger  
**Filed (f) or Converted (c):** 01/10/18 (f)  
**§341(a) Meeting Date:** 02/08/18  
**Claims Bar Date:** 05/29/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  CASH | 0.00 | 0.00 | | 0.00 | FA |
| 2  CHECKING: COMMUNITY BANK OF LOUISIANA<br>   Orig. Description: Checking: Community Bank of Louisiana (acct ending in 7875); Imported from original petition Doc# 1 | 1,986.99 | 0.00 | | 0.00 | FA |
| 3  CHECKING: CENTER STATE BANK OF FLORIDA<br>   Orig. Description: Checking: Center State Bank of Florida (acct ending in 6234); Imported from original petition Doc# 1 | 3,018.20 | 0.00 | | 0.00 | FA |
| 4  SAVINGS: COMMUNITY BANK OF LOUISIANA<br>   Orig. Description: Savings: Community Bank of Louisiana (acct ending in 0132); Imported from original petition Doc# 1 | 501.81 | 0.00 | | 0.00 | FA |
| 5  HOUSEHOLD GOODS AND FURNISHINGSS<br>   Orig. Description: 2 Queen size bedroom suites, 3 couches, 1-Loveseat, 1-sitting chair, 1-Lazyboy recliner, 1-King bedroom suite, Approx. 4 end tables, 1-Dining room table set with 4 chairs, various dining utensils, cookware, 2-Crock-Pots, silverware, 4-pieces of wall art and 1-microwave.; Imported from original petition Doc# 1 | 10,000.00 | 0.00 | | 0.00 | FA |
| 6  THREE 65" TELEVISIONS | 2,500.00 | 0.00 | | 0.00 | FA |
| 7  VARIOUS WOMENS CLOTHING | 5,000.00 | 0.00 | | 0.00 | FA |
| 8  JEWELRY<br>   Orig. Description: One wedding ring, three sets-Gold hoop earrings and various costume jewelry.; Imported from original petition Doc# 1 | 15,000.00 | 0.00 | | 0.00 | FA |
| 9  JC FODALE ENERGY SERVICES, LLC, 100% OWNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 10 JC FITZGERALD ENERGY SERVICES, LLC<br>   Orig. Description: JC Fitzgerald Energy Services, LLC JC Fluids Technologies, LLC, 100% ownership; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 JC FODALE ENERGY INVESTMENTS, LLC, 100% | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:18-bk-00155-RCT  **Trustee:** (290380) Stephen L. Meininger
**Case Name:** FODALE, CHRISTINE LYNN  **Filed (f) or Converted (c):** 01/10/18 (f)
**§341(a) Meeting Date:** 02/08/18
**Period Ending:** 06/08/22  **Claims Bar Date:** 05/29/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| OWNERSHI<br>   Orig. Description: JC Fodale Energy Investments, LLC, 100% ownership; Imported from original petition Doc# 1 | | | | | |
| 12  JC HOT OIL SERVICES, LLC, 100% OWNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 13  JCF LEASED SERVICES, LLC, 100% OWNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 14  EAGLE FOJO, L.L.C., 1% OWNERSHIP | 1,000.00 | 0.00 | | 0.00 | FA |
| 15  7020 KLUG PINES ROAD, LLC, 1% OWNERSHIP | 1,000.00 | 0.00 | | 0.00 | FA |
| 16  JCF6003, LLC, 100% OWNERSHIP | 0.00 | 0.00 | | 0.00 | FA |
| 17  PLATINUM SLICKLINE SERVICES, INC., 100% OWNERSHI | 0.00 | 0.00 | | 0.00 | FA |
| 18  2015 TAX REFUND (u) (See Footnote) | 0.00 | 0.00 | | 132,264.00 | FA |
| 19  2018 TAX REFUND (u) (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 20  State Court lawsuit for return of RE transfered (u) (See Footnote) | 0.00 | 2,000,000.00 | | 0.00 | FA |
| 21  ADV. PRO. 19-621 V. SHREVEPORT COMMUNITY CHURCH (u) (See Footnote) | 0.00 | 0.00 | | 12,500.00 | FA |
| 22  ADV. PRO. 20-6 AGAINST CRAIG & SAMUEL FODALE (u) (See Footnote) | 0.00 | 0.00 | | 11,050.00 | FA |
| 23  JC FLUIDS TECHNOLOGIES, LLC 100%<br>   Orig. Description: JC Fitzgerald Energy Services, LLC JC Fluids Technologies, LLC, 100% ownership; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 23  Assets  Totals (Excluding unknown values) | $40,007.00 | $2,000,000.00 | | $155,814.00 | $0.00 |

RE PROP# 18    Follwoing up with IRS re: status of tax refund
RE PROP# 19    Following up with IRS re: status of tax refund; The IRS set off the tax refund for a debt the Debtor
               owes to a government entity
RE PROP# 20    In negotiations to convey RE to the estate to sell - attorney determined the suit was not pursuing
RE PROP# 21    Order Abating Motion For Admission Of Ralph Scott Bowie To Practice Pro Hac Vice, Designation Of
               Local Counsel, And Consent To Act entered on 2/13/20; Notice Of Hearing dated 4/1/20 scheduling the
               Motion To Dismiss Adversary Proceeding on 4/14/20; Order Strking Agreed Motion To Dismiss With
               Prejudice entered 6/8/20; Order Vacating Order Strking Agreed Motion To Dismiss With prejudice

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:18-bk-00155-RCT  
**Case Name:** FODALE, CHRISTINE LYNN  

**Trustee:** (290380) Stephen L. Meininger  
**Filed (f) or Converted (c):** 01/10/18 (f)  
**§341(a) Meeting Date:** 02/08/18  

**Period Ending:** 06/08/22  
**Claims Bar Date:** 05/29/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

RE PROP# 22   entered on 6/10/20; Order Granting Agreed Motion To Dismiss With Prejudice entered on 6/11/20; Agreed Motion To Dismiss With prejudice filed on 10/5/20; Order Granting Agreed Motion To Dismiss With Prejudcie entered on 10/8/20;

**Major Activities Affecting Case Closing:**

Motion To Admit Micah Marcus Pro Hac Vice with Certifciation filed on 2/2/18; Motion To Appear Pro Hac Vice filed by Micah Marcus filed on 2/5/18; Motion To Dismiss Or, In The Alternative, Transfer Venue filed on 2/5/18; Emergency Motion For Court Declaration That Automatic Stay Bars Creditor Action To Recover Prepetition Transfer Of Community Property By Debtor's Spouse with Certificate Of Necissity filed on 2/5/18; Motion For Relief From Automatic Stay filed by JCF Equipment on 2/5/18; Motion To Appear Pro Vac Vice with Certification filed on Christopher Dean on 2/7/18; Notice Of Hearing filed on 2/7/18 scheduling a hearing on the Emergency Motion For Court Declaration That Automatic Stay Bars Creditor ActionTo Recover Prepetiton Transfer Of Community Property By Debtors Spouse on 2/13/18; Order Granting Motion To Appear Pro Ac Vice And Directing Payment To The United States District Court entered on 2/8/18 (Christopher G. Dean); Order Granting Motion To Appear Pro Hac Vce And Directing Payment To The United States District Court entered on 2/12/18 (Micah Marcus); Notice of Hearing filed on 2/12/18 scheduling a Hearing on the Motion To Dismiss Case Or Transfer Venue on 3/20/18; Order Granting Emergency Motion For Court Declaration That Automatic Stay Bars Creditor Action To Recover Prepetition Transfer Of Community Property By Debtro's Spouse entered on 2/23/18; Application To Approve Employment Of Attorney filed on 2/26/18; Order Authorizing Employ Of Attorney entered on 2/26/18; Debtro's Response In Oppositon To JCF Equipment Finance, LLC Motion For Relief From Stay filed on 2/26/18; Notice And Order Scheduling Preliminary Hearing On Motion For Relief From The Stay entered on 2/27/18 scheduling the hearing on the MLS on 3/20/18; Notice Of Withdrawal Of Motion To Dismiss Or, In The Alternative, Transfer Venue filed on 2/28/18 (venue motion); Notice Of Compliance filed on 3/2/18 (Pro Hac Vice fee paid); Reply In Support Of Motion For Relief From The Automatic Stay filed by JCF on 3/5/18; Motion To Extend Time To Object To Discharge And To File A Complaint To Determine Dischargeability filed on 3/9/18 by JCF Equipment; Notice Of Withdrawal Of Motion To Extend Time To Object To Discharge And To File Complaint To Determine Dischargeability filed on 3/12/18 (JCF Equipment); Emergency Motion To Extend Time To Object To Discharge And To File A Complaint To Determine Dischargeability filed by JFC Equipment on 3/12/18 with Certification Of Necessity Of request For Emergency Hearing; Notice Of Hearing filed on 3/12/18 scheduling a Preliminary Hearing on the Emergency Motion To Extend Time To Object To Discharge filed on JFC on 3/20/18 @ 10:30 a.m.; Notice Of Withdrawal Of Motion To Extend Time To Object To Discarge And To File Complaint To Dermine Dischargeability filed on 3/13/18 by JCF; United States Trustee's Notice Of Rule 2004 Examination Duces Tecum Of Debtor filed on 3/23/18; United States Trustee's Motion To Extend Deadline For Filing A Motion To Dismiss And For Filing A complaint Objecting To Debtro's Discharge filed on 3/23/18; Order Granting Emergency Motion To Extend Time To Object To Discharge Or Determine Dischargeability Of Debt entered on 2/28/18; Order Granting In Part And Denying In Part Without Prejudice JCF's Motion For Relief From stay entered on 3/29/18; Notice Of Rescheduled Rule 2004 Examination (Documents pursuant to Notice of Rule 2004 Examination remian due on April 16, 2018) filed on 4/13/18 scheduling 2004 Examination on May 11, 2018; Notice Of Taking Rule 2004 Exmaninaton Of Christine Lynn Fodale filed on 4/171/18 scheduling a 2004 Exam for 5/11/18; Amended Notice Of Taking Rule 2004 Examination Of Christine Lynn Fodale filed on 4/17/18 scheduling a 2004 Exam on 5/11/18; Creditor JCF Equipment Finance I, LLC's Notice Of Rule 2004 Examination Duces Tecum of Debtor filed on 5/1/18; Notice Of Service Of Subpoenas To Produce Documents, Information, Or Objects In A Bankruptcy Case (Or Adversary Proceeding) filed by UST; United States Trustee's Notice Of Rule 2004 Examination Duces Tecum Of Gerald Fodale filed on 5/10/18; Order Granting UST's Motion For Extension Of Time To File A Motion To Dismiss or a 727 Adv. Pro. entered on 5/11/18; Notice Of Intent To Issue Subpoenas To Third Parties filed by Trustee (Santander Bank to be subpoened); Creditor JCF Equipment Finance, LLC's Notice Of Rule 2004 Examination Duces Tecum Of Gerald Fodale filed on 6/1/18; United States Trustee's Second Motion To Extend Deadline For Filing A Motion To Dismiss And For Filing A Complaint Objecting To Debtro's Discharge filed on 6/1/18; Notice Of Taking Rule 2004 Examination Of Gerald Fodale filed on 6/4/18 by the Chapter 7 Trustee; Debtor's Response In Opposition To The United States Trustee's Second Motion To Extend Deadline For Filing A Motion To Dismiss And For Filing A Complaint Objecting To Debtor's Discharge filed on 6/5/18; Notice Of Preliminary Hearing on Second Motion To extend Time To Object To Discharge Or Determine Dishcargeability of A

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8:18-bk-00155-RCT  **Trustee:** (290380) Stephen L. Meininger
**Case Name:** FODALE, CHRISTINE LYNN  **Filed (f) or Converted (c):** 01/10/18 (f)
  **§341(a) Meeting Date:** 02/08/18
**Period Ending:** 06/08/22  **Claims Bar Date:** 05/29/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Debtor dated 6/7/18 scheduling the hearing for 7/9/18; JCF Equipment Finance I, LLC's Objection To Debtor's Claimed Exemptions filed on 6/15/18; Notice Of Subpoenas For Rule 2004 Examination filed on 6/18/18; Notice Of Preliminary Hearing filed on 6/19/198 scheduling a preliminary hearing on JCF Equipment's Objection To Dabtor's Claim Of Exemptions on 7/9/18; Notice Of Intent To Issue Subpoenas To Third Parties filed on 6/20/18 (Center State Bank); Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Bankruptcy Case (Or Adversary Proceeding) filed on 6/20/18 (Community Bank of Louisiana); Objection To Debtor's Claim Of Exemptions filed by the Trustee on 6/20/18; Debtor's Response In Opposition To JCF Equipment Finance,I, LLC;s Objection To Exemption filed on 7/6/18; Debtor's Response In Opposition To The Chapter 7 Trustee's Objection To Exemptions filed on 7/11/18; Notice of Filing) Debtor's Motion To Quash) filed on 7/11/18; Christine Lynn Fodale's Notice Of Rule 2004 Examination Duces Tecum Of The United States Trustee filed on 7/13/18; Notice Of Hearing of Trustee's Objection To Exemptions and Debtor's Response To Trustee's Objection To Exemptions filed on 7/16/18 scheduling the hearing on 8/21/18; Notice Of Intent To Issue Subpoenas To Third Parties filed on 7/17/18 (First Guaranty Bank); Notice Of Withdrawal Of Subpoena For Rule 2004 Examination Of Eagle Fojo, L.L.C. filed on 7/18/18; Agreed Order Continuing Hearing On: (1) JCF Equipment Finance I, LLC's Objecton To Debtor's Claimed Exemtpions And; (2) Debtor's Response For Oppostion To JCF Equipment Finance I, LLC's Objection To Exemption entered on 7/17/18; Agreed Order Granting The United States Trustee's Second Motion To Dismiss Pursuant To 11 U.S.C. 707(b) And Complaint Objecting To Discharge Pursuant To 11 U.S.C. 727 entered on 7/19/18; Notice Of Subpoena For Rule 2004 Examination filed on 7/27/18 (Scott Massey, CPA, LLC); United States Trustee's Motion For Protective Order filed on 8/2/18 (for UST); Adv. Pro. 18-360 filed on 8/6/18 styled Debtor v. JCF Equipment Finance I, LLC; Trustee's Motion To Compel Preparation, Filing And Turnover Of Tax Returns filed on 8/6/18; Notice Of Preliminary Hearing dated 8/6/18 scheduling the Motion For Protective Order filed by the United States Trustee on 8/9/18; Notice Of Withdrawal Of Christine Lynn Fodale's Notice Of Rule 2004 Examination Duces Tecum Of The United States Trustee filed on 8/8/18; Notice Of Withdrawal Of United State's Trustee Motion For Protective Order filed on 8/8/18; Adv. Pro. 18-372 styled UST v. Debtor filed on 8/9/18; Debtor's Objection To The United States TRustee's Subpoena For Rule 2004 Examination Of Debtro's Accountant filed on 8/10/18; Notice Of Withdrawal Of Subpoena For 2004 Examination Of Debtor's Accountant filed on 8/13/18; Ore Tenus Motion To Consolidate Objections filed by creditor on 9/20/18; Debtor's Response To Trustee's Motion To Compel Preparation, Filing And Turnover Of Tax Returns filed on 9/5/18; Notice of Subpoenas Foir Rule 2004 Examantion filed on 9/5/18; Order Granting Ore Tenus Motion To Consolidate Objections To Exemptions Of JCF Equipment Finance I, LLC And Chapter 7 Trustee entered on 9/11/18; Agreed Order Sustaining Objection To Debtor's Claim Of Exemptions entered on 11/20/18; Trustee's Motion To Compel Production Of Documents Pursuant To Rule 2004 Subpoena filed on 11/26/18; Notice of Hearing filed on 11/29/18 scheduling a hearing on the Trustee's Motion To Compel Production Of Documents on 12/18/18; Trustee's Application To Employ John W. Luster, Attorney AT Law, As Special Counsel To The Trustee Nunc Pro Tunc filed on 12/11/18; Order Authorizing Employment Of John W. Luster, Attorney At Law, As Special Counsel To The Trustee Nunc Pro Tunc entered on 12/12/18; Notice of Withdrawal Of Trustee's Motion To Compel Production Of Documents Pursuant To Rule 2004 Subpoena filed on 12/17/18; JCF Equipment Finance I, LLC's Objection To Debtor's Claim Of Exemptions filed on 12/20/18; Notice of Preliminary Hearing filed on 12/21/18 scheduling a hearing on JCF Equipment Finance's Objection To Debtor's Claim Of Exemptions on 1/29/18; Joinder IN JCF Equipment Finance I, LLC's Objection To Debtor's Claimed Exemptions filed on 12/21/18; Debtor's Motion For Mediation And Stay filed on 1/25/19; Order Abating Debtor's Motion For Mediation And Stay entered on 1/28/19; Debtor's Motion For Mediation And Stay filed on 1/29/19; Notice of Preliminary Hearing dated 2/12/19 scheduling a hearing on the Motion For Mediation And Stay on 3/19/19; Trustee's Renewed Motion To Compel Preparation, Filing And Turnover Of Tax Returns filed on 2/25/19; JCF Equipment's Objeciono To Debtor's Motiono For Mediation And Stay filed on 3/8/19; Order Conditionally Striking entered on 3/11/19; JCF Equipment's Amended Objection To Debtor's Motion For Mediation And Stay filed on 3/12/19; United States Trustee's Objection To Debtor's Motion For Mediation And Stay filed on 3/13/19; Ore Tenue Motion To Consolidate Adv. Pro. 18-366 and Adv. Pro. 18-372 made on 3/19/19; Order Denying Debtor's Motion For Mediation And Stay entered on 3/29/19; Order Sustaining Creditor, JCF Equipment Finance I, LLC, And The Trustee's Joint Objections To The Debtor's Claimed Exemptions entered on 3/29/19; Order Granting Motion To Compel Preparation, Filing And Turnover Of Tax Returns entered on 4/5/19; Notice of Unavailability filed on 8/13/19; Trustee's Motion For Turnover Of Non-Exempt Property filed on 11/14/19; Notice Of Subpoena For Rule 2004 Examination filed on 11/16/19 (Shreveport Community Bank); Order Abating Notice Of 2004 Examination Of Shreveport Community Church entered on 11/18/19; Amended Notice of Subpoena For Rule 2004 Examination filed on 11/19/19; Subpoena For Rule 2004 Examination filed on 11/25/19 (directed to the office of John Luster); Adv. Pro. 19-621 v. Shreveport Community Bank filed on  1/3/20; Trustee's Motion To Extend

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case Number:** 8:18-bk-00155-RCT  
**Case Name:** FODALE, CHRISTINE LYNN  

**Trustee:** (290380)   Stephen L. Meininger  
**Filed (f) or Converted (c):** 01/10/18 (f)  
**§341(a) Meeting Date:** 02/08/18  

**Period Ending:** 06/08/22  
**Claims Bar Date:** 05/29/18  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Deadline To Pursue Avoidance And Other Actions filed on 1/7/20; JCF Equipment's Joinder To Trustee's Motion To Extend Deadline To Pursue Avoidance and Other Actions filed on 1/14/20; Adv. Pro. 20-6 filed against Craig Fodale and Samuel Fodale filed on 1/9/20; Objection To Trustee's Motion To Extend Deadline To Pursue Avoidance And Other Actions filed on 1/27/20; Order On Trustee's Motion To extend Time entered on 2/13/20 (Deadline to pursue 547 and other actions): Notice Of Withdrawal Of Motion To extend Time (docket No. 183) filed on 3/2/20; Motion To Approve Compromise Of Controvery (Adv. Pro. 19-621); Order Granting Trustee's Motion To Compromise Contorversy entered on 5/13/20 (Adv. Pro. 19-621); Notice Of Proposed Dismissal of Complaint Objecting To Entry Of Discharge dated 8/4/20; Order Granting UST's Motion To Approve Stipulation Of Dismissal Of Adv, Pro. 18-372 entered on 8/3/20; Moton To Approve Compromise Of Controversy filed on 8/25/20 (Adv. Pro. 20-6); Dt's Motion For Entry Of Discharge filed on 9/4/20; Notice Of Withdrawal Of Dt's Motion For Entry Of Discharge filed on 9/9/20; Order Granting Trustee's Motion To Approve Compromise of Adv. Pro. 2-6; awaiting the receipt of the tax refuinds; waiting for the 2018 tax refund;

UST Notice of Filing Copy Of Subpoenas To Produce Documents In Adversary Case filed on 2/14/20 filed in Adv. Pro. 18-372 (UST v. Dt);

**Initial Projected Date Of Final Report (TFR):**   May 31, 2019   **Current Projected Date Of Final Report (TFR):**   March 1, 2022   (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 8:18-bk-00155-RCT  
**Case Name:** FODALE, CHRISTINE LYNN  

**Taxpayer ID #:** **-***7584  
**Period Ending:** 06/08/22  

**Trustee:** Stephen L. Meininger (290380)  
**Bank Name:** Mechanics Bank  
**Account:** ******0766 - Checking Account  
**Blanket Bond:** $35,756,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/01/20 | {21} | SPORT COMMUNITY CHURCH | Order Granting Motion to Compromise dated 5/13/20 | 1249-000 | 12,500.00 | | 12,500.00 |
| 06/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.97 | 12,482.03 |
| 07/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.61 | 12,461.42 |
| 08/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.25 | 12,442.17 |
| 09/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.21 | 12,420.96 |
| 10/05/20 | {22} | BLANCHARD LAW, P.A. IOTA ACCOUNT | Adversary Settlement Proceeds - Order Granting Motion dated 9/22/20 | 1241-000 | 11,050.00 | | 23,470.96 |
| 10/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.98 | 23,436.98 |
| 11/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.20 | 23,400.78 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 41.14 | 23,359.64 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 36.18 | 23,323.46 |
| 02/26/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 34.88 | 23,288.58 |
| 03/23/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 23,288.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 23,550.00 | 23,550.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 23,288.58 | |
| | | | **Subtotal** | | 23,550.00 | 261.42 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$23,550.00** | **$261.42** | |

{} Asset reference(s)                                   Printed: 06/08/2022 03:20 PM   V.20.45

# Form 2

## Cash Receipts And Disbursements Record

Case 8:18-bk-00155-RCT   Doc 217   Filed 07/07/22   Page 13 of 14

Exhibit 9

Page: 2

| Case Number: | 8:18-bk-00155-RCT | | Trustee: | Stephen L. Meininger (290380) |
|---|---|---|---|---|
| Case Name: | FODALE, CHRISTINE LYNN | | Bank Name: | TriState Capital Bank |
| | | | Account: | ******4871 - Checking Account |
| Taxpayer ID #: | **-***7584 | | Blanket Bond: | $35,756,000.00 (per case limit) |
| Period Ending: | 06/08/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/23/21 | | Transfer Credit | Transition Transfer Credit from Mechanics Bank | 9999-000 | 23,288.58 | | 23,288.58 |
| 03/31/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 41.05 | 23,247.53 |
| 04/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 37.25 | 23,210.28 |
| 05/28/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 34.72 | 23,175.56 |
| 06/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 40.85 | 23,134.71 |
| 07/27/21 | {18} | UNITED STATES TREASURY | 2015 Tax Refund | 1224-000 | 132,264.00 | | 155,398.71 |
| 07/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 58.27 | 155,340.44 |
| 08/31/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 265.56 | 155,074.88 |
| 09/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 248.54 | 154,826.34 |
| 10/29/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 239.87 | 154,586.47 |
| 11/30/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 264.27 | 154,322.20 |
| 12/31/21 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 255.58 | 154,066.62 |
| 01/31/22 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 238.69 | 153,827.93 |
| 04/22/22 | 10101 | Stephen L. Meininger | Dividend paid 100.00% on $11,040.70, Trustee Compensation; Reference: | 2100-000 | | 11,040.70 | 142,787.23 |
| 04/22/22 | 10102 | Allan C. Watkins, Esq. | Dividend paid 100.00% on $77,671.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 77,671.50 | 65,115.73 |
| 04/22/22 | 10103 | Allan C. Watkins, Esq. | Dividend paid 100.00% on $749.96, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 749.96 | 64,365.77 |
| 04/22/22 | 10104 | Clerk, U.S. Bankruptcy Court | Dividend paid 100.00% on $700.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 700.00 | 63,665.77 |
| 04/22/22 | 10105 | Stephen L. Meininger | Dividend paid 100.00% on $69.25, Trustee Expenses; Reference: | 2200-000 | | 69.25 | 63,596.52 |
| 04/22/22 | 10106 | Texas Comptroller of Public Accounts | Claim# 4; | 5800-000 | | 20,631.96 | 42,964.56 |
| 04/22/22 | 10107 | The Ohio Department of Taxation | Claim# 11 -2; | 5800-000 | | 42,964.56 | 0.00 |
| | | | ACCOUNT TOTALS | | 155,552.58 | 155,552.58 | $0.00 |
| | | | Less: Bank Transfers | | 23,288.58 | 0.00 | |
| | | | **Subtotal** | | 132,264.00 | 155,552.58 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$132,264.00** | **$155,552.58** | |

{} Asset reference(s)                                                                                         Printed: 06/08/2022 03:20 PM   V.20.45

Case 8:18-bk-00155-RCT   Doc 217   Filed 07/07/22   Page 14 of 14

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 8:18-bk-00155-RCT | **Trustee:** | Stephen L. Meininger (290380) | |
| **Case Name:** | FODALE, CHRISTINE LYNN | **Bank Name:** | TriState Capital Bank | |
| | | **Account:** | ******4871 - Checking Account | |
| **Taxpayer ID #:** | **-***7584 | **Blanket Bond:** | $35,756,000.00   (per case limit) | |
| **Period Ending:** | 06/08/22 | **Separate Bond:** | N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 155,814.00 | | | | |
| | | Net Estate : | $155,814.00 | | | | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0766 | 23,550.00 | 261.42 | 0.00 |
| Checking # ******4871 | 132,264.00 | 155,552.58 | 0.00 |
| | $155,814.00 | $155,814.00 | $0.00 |

{} Asset reference(s)